IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| HIKEEM TORRENCE | : | No. 10-620-13 |

## O R D E R

AND NOW, this 12th day of July, 2012, upon consideration of Defendant's, Hikeem Torrence, Second Motion in Limine (Doc. No. 364), the Government's Response thereto (Doc. No. 371), and following an evidentiary hearing on Tuesday, May 15, 2012 and Wednesday, May 16, 2012 with all counsel, it is hereby ORDERED that the motion is **GRANTED in part and DENIED in part** as follows:

1. The Government **SHALL BE PRECLUDED** from offering the photographs labeled Defendant's Exhibit A and C into evidence as they are unduly prejudicial; and

2. The Government **SHALL BE PERMITTED** to offer the photographs labeled as Defendant's Exhibits E, G, H, I, J, K, L and O into evidence.

BY THE COURT:


/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.