IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL ACTION |
| v. : | |
| : | No. 10-cr-620-13 |
| HIKEEM TORRENCE : | |

## O R D E R

**AND NOW**, this 18th day of November, 2015, upon consideration of the defendant's *pro se* motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) and 782 Amendment to the Sentencing Guidelines (Doc. No. 874) and the Government's response thereto, **IT IS HEREBY ORDERED** that this motion is **DENIED** for the reasons set forth in the Government's response.[1]

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] The defendant is not eligible for a sentence reduction because Amendment 782 does not lower his guideline range.